UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/17
```

ALEXIS AGUILERA CHANG, on behalf of himself and others similarly situated,

   Plaintiff,

v.

TORTILLA FLATS, INC., ANDREW SECULAR, and JEAN BAMBURY,

   Defendants.

17 Civ. 1385 (PKC)

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED that this action has been discontinued and is hereby dismissed with prejudice, without costs to any party against any other. This Stipulation may be filed with the Court without further notice to any party. This Court shall retain jurisdiction to enforce the parties' Settlement Agreement.

*[Handwritten: Case is administratively closed. All motions terminated and all conferences VACATED.]*

Dated: New York, New York
   JUNE 12, 2017

For the Plaintiff:

**JOSEPH & KIRSCHENBAUM LLP**

By: _____
D. Maimon Kirschenbaum
Josef Nussbaum
32 Broadway, Suite 601
New York, New York 10004
*Attorneys for Plaintiff*

For the Defendants:

**FOX ROTHSCHILD LLP**

By: _____
Carolyn D. Richmond
Raquel A. Gutiérrez
101 Park Avenue, 17th Floor
New York, New York 10178
*Attorneys for Defendants*

So Ordered

_____
Hon. P. Kevin Castel (U.S.D.J.)

6-29-17

ACTIVE\49318305.v1-5/25/17